# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 26, 2026

Lyle W. Cayce
Clerk

No. 25-60679
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Mims Jacquez Gray, III,

*Defendant—Appellant*.

───────────────

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:19-CR-120-1

───────────────

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Mims Jacquez Gray, III, appeals his revocation sentence, arguing that the supervised release conditions labeled "standard" in the written judgment should be stricken because they conflict with the district court's oral pronouncement of his sentence. *See United States v. Diggles*, 957 F.3d 551, 559-62 (5th Cir. 2020) (en banc).

───────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60679

In *United States v. Gomez*, 960 F.3d 173, 180 (5th Cir. 2020), we reviewed a claimed *Diggles* error for plain error because the district court orally adopted the conditions of supervised release imposed in a prior judgment, "giving the defense ample notice of its contents and opportunity to object." Finding that the district court's actions left little doubt as to the conditions adopted at the resentencing hearing and created no conflict with the written judgment, we affirmed the judgment of the district court. *Id.* at 180 & n.31. For the same reasons, we find no error in this case.

AFFIRMED.